IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 NOV -9  AM 10: 27
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

---

UNITED STATES OF AMERICA,           JUDGMENT

    Plaintiff,

v.

OTIS BOOTHES,                       Cv. No. 04-2703 Ml/An
                                    Cr. No. 98-20087 Ml
    Defendant.

---

### JUDGMENT

---

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Denying Motion under 28 U.S.C. § 2255, Order Denying Motion for Discovery as Moot, Order Denying Certificate of Appealability, and Order Certifying Appeal Not Taken in Good Faith, entered November __8__, 2005, this case is DISMISSED.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT

Nov. 8, 2005
Date

THOMAS M. GOULD
Clerk of Court

(By) /s/ Judy Easley
Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __11-9-05__

(5)

Case 2:04-cv-02703-JPM-STA   Document 5   Filed 11/09/05   Page 2 of 2    PageID 13

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:04-CV-02703 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

Otis Boothes
16433-076
P.O. Box 9000
Forrest City, AR 72336

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT